**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
_____

Anthony Banitt,

                                            Civil No. 08-500 (RHK/JSM)

        Plaintiff,

v.                                                 **ORDER**

Financial Recovery Services, and
John Doe,

        Defendants.
_____

Pursuant to the Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. No. 3), **IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE** and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 11, 2008

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge